IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRACY BROWN, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00902-O |
| | § | |
| UNITED AIRLINES INC. | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the Plaintiffs' Motion to Stay Proceedings Pending the Outcome of Class Certification Appeal in Related Case (the "Motion"). ECF No. 12 Having reviewed the briefings and applicable law, the Court is of the opinion that Plaintiffs' Motion should be **GRANTED**.

It is **ORDERED** that all proceedings in this matter are stayed pending the outcome of class certification in the related case, *Sambrano v. United Airlines, Inc.*, 347 F.R.D. 155, 165 (N.D. Tex. 2024). The parties in the related case jointly moved for, and were granted, a stay pending the outcome of class certification. *See Sambrano*, 4:21-CV-1074-P, ECF Nos. 264–65. Accordingly, to avoid the expense of judicial resources and in congruence with the related case, this case is hereby **STAYED**. The parties shall promptly notify the Court and file a joint proposal for further proceedings after the outcome of class certification in *Sambrano v. United Airlines*.

Additionally, the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case until such time that the Court orders this matter to be reopened.

**SO ORDERED** on this **31st** day of **March, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE