**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TRACY BROWN et al,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:24-cv-00902-O** |
| | § | |
| **UNITED AIRLINES, INC.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

The above-styled and numbered case is related to *Sambrano v. United States*, 4:21-cv-1074-P.  Accordingly, it is **TRANSFERRED** to the docket of the Honorable Judge Mark T. Pittman, and shall henceforth carry the suffix letter "P."

**SO ORDERED** on this **March 9, 2026**.

Reed O'Connor

**CHIEF UNITED STATES DISTRICT JUDGE**