UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TRACY BROWN, ET AL.**,

   Plaintiff,

**v.**                                                              **No. 4:24-cv-00902-P**

**UNITED AIRLINES INC.**,

   Defendant.

### ORDER

   The Court hereby **ORDERS** Plaintiff to obtain local counsel on or before May 18, 2026.

   **SO ORDERED** on this **4th day of May 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE