UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TRACY BROWN, ET AL.**,

   Plaintiff,

v.                                        **No. 4:24-cv-00902-P**

**UNITED AIRLINES INC.**,

   Defendant.

## ORDER

Before the Court are the Motion to Dismiss and the Motion to Transfer. The Court believes expedited briefing on the Motions is warranted. Accordingly, the Court hereby **ORDERS** a response by **Wednesday June 3, 2026** and a reply by **Monday, June 8, 2026**.

**SO ORDERED** on this **27th day of May 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE